UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KADANT JOHNSON INC., | Miscellaneous Action |
| versus | Case No. 12-cv-00935 |
| JOSEPH V. D'AMICO, ET AL. | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Comes now Movant Kadant Johnson Inc. and hereby files this Notice of Substitution of Counsel, requesting that Paul S. Balanon, admitted as *pro hac vice* counsel in the above-referenced action, be substituted in place of Mark N. Mallery. Deepa N. Subramanian (a member of the Bar of this Court) will remain as counsel of record for Movant Kadant Johnson Inc. in the above-referenced action.

Dated this 10th day of May, 2012.

Respectfully Submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_____/s/ **Paul S. Balanon (pro hac vice)**_
Deepa Subramanian, (GA # 278625)
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
Telephone:  (404) 881-1300
Facsimile:  (404) 870-1732

Paul S. Balanon, La. Bar No. 29076
639 Loyola Avenue, Suite 2550
New Orleans, Louisiana  70113
Telephone:  (504) 648-3840
Facsimile:  (504) 648-3859

Attorneys for Kadant Johnson Inc.

2

## CERTIFICATE OF COMPLIANCE

Counsel certifies that the foregoing *Notice of Substitution of Counsel* has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1C, prepared in Times New Roman (14 point).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Notice of Substitution of Counsel* has been served on all counsel of record via electronic means.

Dated this 10th day of May, 2012.

                                           **s/ Paul S. Balanon (pro hac vice)**
                                           Paul S. Balanon (pro hac vice)